HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STELLAR J. CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>ARGONAUT INSURANCE COMPANY,<br><br>    Defendant,<br><br>and<br><br>UNISON SOLUTIONS, INC.<br><br>    Defendant and Third-Party Plaintiff,<br><br>    v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, XCHANGER, INC., and ROHDE BROTHERS, INC.<br><br>    Third-Party Defendant. | CASE NO. C12-5982 RBL<br><br>ORDER ON STELLAR J'S VARIOUS MOTIONS AND ON ARGONAUT'S MOTION FOR SEPARATE TRIAL PHASES |

1. Motion for evidence determination [Dkt. #145, 147] – **GRANTED**.

2. Motion for partial summary judgment against Argonaut under IFCA and bad faith [Dkt. #168] – **DENIED**.

3. Motion for leave to amend complaint [Dkt. #172]:

    a. to clarify relief sought – **GRANTED**;

    b. to modify facts that will better explain and support the revised prayer for relief – **GRANTED**;

    c. to add an equitable indemnity claim and alternative theories of obligation against Unison – **DENIED**.

4. Motion for separate trial phases [Dkt. # 174] – **DEFERRED**.

IT IS SO ORDERED.

Dated this 12th day of February, 2015.

Ronald B. Leighton
United States District Judge