HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STELLAR J. CORPORATION, | CASE NO. C12-5982 RBL |
| Plaintiff, | ORDER ON VARIOUS MOTIONS |
| v. | |
| ARGONAUT INSURANCE COMPANY, | |
| Defendant, | |
| and | |
| UNISON SOLUTIONS, INC. | |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, XCHANGER, INC., and ROHDE BROTHERS, INC. | |
| Third-Party Defendant. | |

1. Stellar J Corporation's motion for summary judgment re: Affirmative defense of illegality and Unison's CPA claim [Dkt. #196] – **GRANTED**.

2. Unison Solutions, Inc.'s motion for summary judgment dismissing all claims against it and granting summary judgment on its counterclaim under RCW 19.86.020 [Dkt. #201] – **DENIED**.

3. Rohde Brothers, Inc.'s third party motion for summary judgment [Dkt. #204] – **GRANTED**.

4. Unison Solutions, Inc.'s motion for summary judgment dismissing all claims by Stellar J Corporation for damages allegedly incurred by Klickitat Public Utility District No. 1 [Dkt. #210] – **DENIED**.

5. Argonaut Insurance Company's motion for partial joinder in Unison's motion for summary judgment [Dkt. #215] – **DENIED**.

6. Argonaut Insurance Company's motion for partial summary judgment against Stellar J on liability under the supply bond [Dkt. #218] – **DENIED**.

7. Argonaut Insurance Company's motion for partial summary judgment on Stellar J's bad faith and IFCA causes of action [Dkt. #219] – **GRANTED**.

8. Unison Solutions, Inc.'s motion for summary judgment dismissing Stellar J Corporation's fraud claim [Dkt. #224] – **DENIED**.

9. Third party defendant Xchanger, Inc.'s motion for summary judgment [Dkt. #227] – **GRANTED**.

10. Stellar J Corporation's motion to strike Dkt. #219 [Dkt. #230] – **DENIED**.

11. Argonaut Insurance Company's joinder in Unison's motion for summary judgment dismissing all claims by Stellar J for damages allegedly incurred by Klickitat PUD #1 [Dkt. #239] – **DENIED**.

12. Stellar J Corporation's motion to strike Dkt. #239 [Dkt. #252] – **DENIED**.

13. Stipulated motion to extend number of trial days [Dkt. #276] – **DENIED**.

14. Motion for separate trial phases [Dkt. # 174] – **DENIED AS MOOT**.

IT IS SO ORDERED.

Dated this 17th day of March, 2015.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE